Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−33113−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Pauline Tomlinson
    1060 Wilson Avenue
    Teaneck, NJ 07666

Social Security No.:
    xxx−xx−9395

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/2/16 and a confirmation hearing on such Plan has been scheduled for 2/9/17.

The debtor filed a Modified Plan on 3/20/17 and a confirmation hearing on the Modified Plan is scheduled for 4/27/17 at 9. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: March 21, 2017
JAN: clb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-33113-JKS
Pauline Tomlinson                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Mar 21, 2017
                              Form ID: 186             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
```
db            +Pauline Tomlinson,    1060 Wilson Avenue,    Teaneck, NJ 07666-1812
516531926    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bankamerica,    Po Box 982238,    El Paso, TX 79998)
516604589     Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516674915    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516531929    +Cap1/vlcty,    Po Box 30253,    Salt Lake City, UT 84130-0253
516531930    +Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516531931    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
516531933    +Comenity Bank/avenue,    Po Box 182789,    Columbus, OH 43218-2789
516531950   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:  Webbank/dfs,    1 Dell Way,    Round Rock, TX 78682)
516531935    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516531936    +First Data,    265 Broad Hollow R,    Melville, NY 11747-4833
516531937    +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
516531938     Hafnadior Enterprises,    53--42 Maspeth Avenue,    Maspeth, NY 11378
516531940    +KML LAW Group, PC,    216 Haddon Ave Suite 406,    Westmnt, NJ 08108-2812
516694006    +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516538652     Nissan,    POB 660366,    Dallas, TX  75266-0366
516531941    +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
516531942    +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
516531943    +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
516531944    +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516531948    +Terrence Mingo,    31 Eppert Street,    East Orange, NJ 07018-2504
516531949    +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 22 2017 00:40:14     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 22 2017 00:40:11     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516531927    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 22 2017 00:40:36
               Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
516539114     E-mail/Text: mrdiscen@discover.com Mar 22 2017 00:39:26     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516531934    +E-mail/Text: mrdiscen@discover.com Mar 22 2017 00:39:26     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
516531939     E-mail/Text: cio.bncmail@irs.gov Mar 22 2017 00:39:46     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
516660440     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 22 2017 00:43:16
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516531945    +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2017 00:43:27     Syncb/bp,    Po Box 965024,
               Orlando, FL 32896-5024
516531946    +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2017 00:43:27     Syncb/jcp,    Po Box 965007,
               Orlando, FL 32896-5007
516531947    +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2017 00:43:05     Syncb/syncb,    C/o Po Box 965036,
               Orlando, FL 32896-0001
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516531932       Comenity Bank/avenue
516531928*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Mar 21, 2017
                              Form ID: 186             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Walter D. Nealy    on behalf of Debtor Pauline   Tomlinson nealylaw@gmail.com
                                                                                             TOTAL: 4
```