# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−33113−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Pauline Tomlinson
  1060 Wilson Avenue
  Teaneck, NJ 07666

Social Security No.:
  xxx−xx−9395

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/02/2016 and a confirmation hearing on such Plan has been scheduled for 2/9/2017.

The debtor filed a Modified Plan on 05/13/2017 and a confirmation hearing on the Modified Plan is scheduled for 6/22/2017 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: May 17, 2017
JAN: mg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 16-33113-JKS
Pauline Tomlinson                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2        Date Rcvd: May 17, 2017
                             Form ID: 186             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
```
db           +Pauline Tomlinson,    1060 Wilson Avenue,    Teaneck, NJ 07666-1812
516531926    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bankamerica,    Po Box 982238,    El Paso, TX 79998)
516604589     Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516674915    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516531929    +Cap1/vlcty,   Po Box 30253,    Salt Lake City, UT 84130-0253
516531930    +Cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
516531931    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
516531933    +Comenity Bank/avenue,    Po Box 182789,    Columbus, OH 43218-2789
516531950    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:   Webbank/dfs,    1 Dell Way,    Round Rock, TX 78682)
516716452     Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
516531935    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516531936    +First Data,    265 Broad Hollow R,    Melville, NY 11747-4833
516531937    +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
516531938     Hafnadior Enterprises,    53--42 Maspeth Avenue,    Maspeth, NY 11378
516531940    +KML LAW Group, PC,    216 Haddon Ave Suite 406,    Westmnt, NJ 08108-2812
516694006    +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516538652     Nissan,   POB 660366,    Dallas, TX  75266-0366
516531941    +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
516721220    +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
516531942    +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
516531944    +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516531943    +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
516531948    +Terrence Mingo,    31 Eppert Street,    East Orange, NJ 07018-2504
516531949    +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 17 2017 22:20:43     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2017 22:20:41     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516531927    +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 17 2017 22:21:08
               Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
516761216    +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 17 2017 22:21:08
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
               Coral Gables, FL 33146-1837
516539114     E-mail/Text: mrdiscen@discover.com May 17 2017 22:19:58     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516531934    +E-mail/Text: mrdiscen@discover.com May 17 2017 22:19:58     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
516531939     E-mail/Text: cio.bncmail@irs.gov May 17 2017 22:20:11     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
516660440     E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2017 22:16:06
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516770542     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2017 22:23:16
               Portfolio Recovery Associates, LLC,    c/o Sears Card,    POB 41067,    Norfolk VA 23541
516770447     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2017 22:23:16
               Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
               Norfolk VA 23541
516531945    +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:16:12     Syncb/bp,    Po Box 965024,
               Orlando, FL 32896-5024
516531946    +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:16:13     Syncb/jcp,    Po Box 965007,
               Orlando, FL 32896-5007
516531947    +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:16:12     Syncb/syncb,    C/o Po Box 965036,
               Orlando, FL 32896-0001
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516531932      Comenity Bank/avenue
516531928*   ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2           User: admin                Page 2 of 2                Date Rcvd: May 17, 2017
                               Form ID: 186               Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          Walter D. Nealy    on behalf of Debtor Pauline   Tomlinson nealylaw@gmail.com,
           r43366@notify.bestcase.com
          William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                                   TOTAL: 6
```