5/13/17 11:45AM
Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:  **Pauline Tomlinson**

Case No.: **16-33113**
Judge:
Chapter: **13**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original    ☑ Modified/Notice Required    ☑ Discharge Sought
☑ Motions Included    ☐ Modified/No Notice Required    ☐ No Discharge Sought

Date: **5/13/2016**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1:  Payment and Length of Plan

a. The Debtor shall pay **785.00 Monthly** to the Chapter 13 Trustee, starting on ___ for approximately **60** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____
- ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Walter D. Nealy 6287** | **Attorney Fees** | **2,000.00** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **400.00** |

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **PNC Mortgage** | **1060 Wilson Ave Teaneck, NJ 07666  Bergen County** | 33,795.40 | | **33,795.40** | **2,792.78** |
| **Bayview Loan Servicing LLC** | **337-339 Centeral Ave, East Orange, NJ 07108** | 3,117.30 | | **3,117.30** | 5,100.00 |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| Hafadior Enterprise | 1060 Wilson Ave Teaneck, NJ | 174.833 | 327,000 | 461,943.00 | 0 | | 0 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender
Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor

**Nissan Motor Acceptance**

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **-NONE-** | | |

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:
  ____    Not less than $____ to be distributed *pro rata*

  ____    Not less than ___ percent

  __X__   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** | | | |

3

### Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

### Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **Hafnadior Enterprise** | 1050 Wislon Avenue Teaneck, NJ | 174,833 |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| | | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
☑ Upon Confirmation
☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or

coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-petition claims

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:_____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **to correct IRS claim; to properly purpose cramdown of 2nd mortgage loan** | **Part 3,4 7 b has been amended** |
| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes    ☑ No |

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date  **May 13, 2017**    /s/ Walter D. Nealy
                          **Walter D. Nealy 6287**
                          Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:  **May 13, 2017**    /s/ Pauline Tomlinson
                           **Pauline Tomlinson**
                           Debtor

Date:  _____    _____
                              Joint Debtor

5

Case 16-33113-JKS    Doc 25    Filed 05/19/17    Entered 05/20/17 00:33:25    Desc Imaged
                              Certificate of Notice    Page 6 of 7

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-33113-JKS
Pauline Tomlinson                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2                    Date Rcvd: May 17, 2017
                              Form ID: pdf901          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db              +Pauline Tomlinson,    1060 Wilson Avenue,    Teaneck, NJ 07666-1812
516531926      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bankamerica,    Po Box 982238,    El Paso, TX 79998)
516604589       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516674915      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516531929      +Cap1/vlcty,   Po Box 30253,    Salt Lake City, UT 84130-0253
516531930      +Cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
516531931      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
516531933      +Comenity Bank/avenue,    Po Box 182789,    Columbus, OH 43218-2789
516531950      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court:  Webbank/dfs,    1 Dell Way,    Round Rock, TX 78682)
516716452       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516531935      +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
516531936      +First Data,   265 Broad Hollow R,    Melville, NY 11747-4833
516531937      +Frd Motor Cr,   Po Box Box 542000,    Omaha, NE 68154-8000
516531938       Hafnadior Enterprises,    53--42 Maspeth Avenue,    Maspeth, NY 11378
516531940      +KML LAW Group, PC,    216 Haddon Ave Suite 406,    Westmnt, NJ 08108-2812
516694006      +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516538652       Nissan,   POB 660366,    Dallas, TX 75266-0366
516531941      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
516721220      +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
516531942      +Pnc Mortgage,   Po Box 8703,    Dayton, OH 45401-8703
516531944      +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
516531943      +Sears/cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
516531948      +Terrence Mingo,    31 Eppert Street,    East Orange, NJ 07018-2504
516531949      +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2017 22:20:43     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2017 22:20:41     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516531927      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 17 2017 22:21:08
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
516761216      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 17 2017 22:21:08
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1837
516539114       E-mail/Text: mrdiscen@discover.com May 17 2017 22:19:58     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516531934      +E-mail/Text: mrdiscen@discover.com May 17 2017 22:19:58     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
516531939       E-mail/Text: cio.bncmail@irs.gov May 17 2017 22:20:17     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516660440       E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2017 22:15:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516770542       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2017 22:23:17
                 Portfolio Recovery Associates, LLC,    c/o Sears Card,    POB 41067,    Norfolk VA 23541
516770447       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2017 22:36:29
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
516531945      +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:16:15     Syncb/bp,    Po Box 965024,
                 Orlando, FL 32896-5024
516531946      +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:15:48     Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
516531947      +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:16:01     Syncb/syncb,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516531932       Comenity Bank/avenue
516531928*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: May 17, 2017
                              Form ID: pdf901            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Walter D. Nealy    on behalf of Debtor Pauline   Tomlinson nealylaw@gmail.com,
               r43366@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                                TOTAL: 6
```