# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:  **Pauline Tomlinson**

Case No.: **16-33113**
Judge:
Chapter: **13**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original  
☑ Motions Included  
☑ Modified/Notice Required  
☐ Modified/No Notice Required  
☑ Discharge Sought  
☐ No Discharge Sought  

Date: **6/24/2016**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The Debtor shall pay **785.00 Monthly** to the Chapter 13 Trustee, starting on ___ for approximately **60** months. Starting August, 1st, 2017 $1,345.00 for 53 months

b. The Debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

    c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

    d.  ☐  The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e.  ☐  Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Walter D. Nealy 6287** | **Attorney Fees** | **2,000.00** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **400.00** |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **PNC Mortgage** | **1060 Wilson Ave Teaneck, NJ 07666 Bergen County** | 33,795.40 | | **33,795.40** | **2,792.78** |
| **Bayview Loan Servicing LLC** | **337-339 Centeral Ave, East Orange, NJ 07108** | 3,117.30 | | **3,117.30** | 5,100.00 |

b. **Modification**

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| Hafadior Enterprise | 1060 Wilson Ave Teaneck, NJ | 174.833 | 327,000 | 461,943.00 | 0 | | 0 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

c. **Surrender**
Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** | | | |

d. **Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

<u>Creditor</u>

**Nissan Motor Acceptance**

e. **Secured Claims to be paid in full through the Plan**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **-NONE-** | | |

## Part 5:  Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:
   ____      Not less than $____ to be distributed *pro rata*

   ____      Not less than ___ percent

   __X__     *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** | | | |

3

### Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

### Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **Hafnadior Enterprise** | 1050 Wislon Avenue Teaneck, NJ | 174,833 |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| | | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-petition claims

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:_____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| to correct IRS claim; to properly purpose cram down of 2nd mortgage loan . The monthly payment has been increased to address Trustee's objection | Part 1 has been amended |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☑ Yes    ☐ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    June 24,2017    /s/ Walter D. Nealy
                        Walter D. Nealy 6287
                        Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:    June 24, 2017    /s/ Pauline Tomlinson
                          Pauline Tomlinson
                          Debtor

Date:    _____    _____
                            Joint Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

6/26/17  7:22AM

Fill in this information to identify your case:

Debtor 1: **Pauline Tomlinson**

Debtor 2: 
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number: **16-33113**
(If known)

Check if this is:

☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   |  | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Housekeeper |  |
   | Employer's name | Jack Elizikovitz |  |
   | Employer's address | 255 Franices Street<br>Teaneck, NJ 07666 |  |
   | How long employed there? |  |  |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **10,000.00** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ **10,000.00** | $ **N/A** |

6/26/17  7:22AM

Debtor 1  **Pauline Tomlinson**                                          Case number (*if known*)  16-33113

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
|  | **Copy line 4 here** | 4. | $ 10,000.00 | $ N/A |
| 5. | **List all payroll deductions:** |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 2,169.42 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 2,169.42 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 7,830.58 | $ N/A |
| 8. | **List all other income regularly received:** |  |  |  |
| 8a. | **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 6,000.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: **Part/Time Job** | 8h.+ | $ 2,000.00 + | $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 8,000.00 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 15,830.58 + $ N/A = | $ 15,830.58 |
| 11. | **State all other regular contributions to the expenses that you list in** *Schedule J*.  Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.  Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.  Specify: |  | 11. +$ | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 15,830.58 **Combined monthly income** |  |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:

Official Form 106I                        **Schedule I: Your Income**                        page 2

**Fill in this information to identify your case:**

Debtor 1: **Pauline Tomlinson**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number: **16-33113**
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.
   
   ☒ Yes. Fill out this information for each dependent..............
   
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 17 | ☐ No ☒ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   
   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $    **2,895.00**

   **If not included in line 4:**

   4a. Real estate taxes    4a. $    **0.00**
   4b. Property, homeowner's, or renter's insurance    4b. $    **0.00**
   4c. Home maintenance, repair, and upkeep expenses    4c. $    **0.00**
   4d. Homeowner's association or condominium dues    4d. $    **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $    **0.00**

Debtor 1  **Pauline Tomlinson**  Case number (if known) **16-33113**

6. **Utilities:**
   - 6a.  Electricity, heat, natural gas — 6a. $ **550.00**
   - 6b.  Water, sewer, garbage collection — 6b. $ **150.00**
   - 6c.  Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **600.00**
   - 6d.  Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **500.00**
8. **Childcare and children's education costs** — 8. $ **1,900.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **400.00**
10. **Personal care products and services** — 10. $ **175.00**
11. **Medical and dental expenses** — 11. $ **100.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **300.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
   - 15a.  Life insurance — 15a. $ **150.00**
   - 15b.  Health insurance — 15b. $ **0.00**
   - 15c.  Vehicle insurance — 15c. $ **540.00**
   - 15d.  Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
   Specify: — 16. $ **0.00**
17. **Installment or lease payments:**
   - 17a.  Car payments for Vehicle 1 — 17a. $ **252.00**
   - 17b.  Car payments for Vehicle 2 — 17b. $ **0.00**
   - 17c.  Other. Specify: — 17c. $ **0.00**
   - 17d.  Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
   - 20a.  Mortgages on other property — 20a. $ **5,088.00**
   - 20b.  Real estate taxes — 20b. $ **0.00**
   - 20c.  Property, homeowner's, or renter's insurance — 20c. $ **0.00**
   - 20d.  Maintenance, repair, and upkeep expenses — 20d. $ **885.00**
   - 20e.  Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**
   - 22a.  Add lines 4 through 21. — $ **14,485.00**
   - 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
   - 22c.  Add line 22a and 22b.  The result is your monthly expenses. — $ **14,485.00**

23. **Calculate your monthly net income.**
   - 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **15,830.58**
   - 23b.  Copy your monthly expenses from line 22c above. — 23b. -$ **14,485.00**
   - 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ **1,345.58**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☒ No.
   ☐ Yes.    Explain here:

United States Bankruptcy Court
District of New Jersey

In re:
Pauline Tomlinson
    Debtor

Case No. 16-33113-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Jun 27, 2017
                       Form ID: pdf901     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2017.
```
db               +Pauline Tomlinson,    1060 Wilson Avenue,    Teaneck, NJ 07666-1812
516531926       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bankamerica,    Po Box 982238,    El Paso, TX 79998)
516604589        Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516674915       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516531929       +Cap1/vlcty,    Po Box 30253,    Salt Lake City, UT 84130-0253
516531930       +Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516531931       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
516531933       +Comenity Bank/avenue,    Po Box 182789,    Columbus, OH 43218-2789
516531950      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Webbank/dfs,    1 Dell Way,    Round Rock, TX 78682)
516716452        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657
516531935       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516531936       +First Data,    265 Broad Hollow R,    Melville, NY 11747-4833
516531937       +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
516531938        Hafnadior Enterprises,    53--42 Maspeth Avenue,    Maspeth, NY 11378
516531940       +KML LAW Group, PC,    216 Haddon Ave Suite 406,    Westmnt, NJ 08108-2812
516694006       +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516538652        Nissan,    POB 660366,    Dallas, TX 75266-0366
516531941       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
516721220       +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
516531942       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
516531944       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516531943       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
516531948       +Terrence Mingo,    31 Eppert Street,    East Orange, NJ 07018-2504
516531949       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2017 22:27:31     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2017 22:27:28     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516531927       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 27 2017 22:27:59
                  Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
516761216       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 27 2017 22:27:59
                  Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                  Coral Gables, FL 33146-1837
516539114        E-mail/Text: mrdiscen@discover.com Jun 27 2017 22:26:56     Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516531934       +E-mail/Text: mrdiscen@discover.com Jun 27 2017 22:26:56     Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
516531939        E-mail/Text: cio.bncmail@irs.gov Jun 27 2017 22:27:12     Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
516660440        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2017 22:24:34
                  LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516770542        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2017 22:30:53
                  Portfolio Recovery Associates, LLC,    c/o Sears Card,    POB 41067,    Norfolk VA 23541
516770447        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2017 22:31:02
                  Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                  Norfolk VA 23541
516531945       +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2017 22:24:44     Syncb/bp,    Po Box 965024,
                  Orlando, FL 32896-5024
516531946       +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2017 22:24:44     Syncb/jcp,    Po Box 965007,
                  Orlando, FL 32896-5007
516531947       +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2017 22:24:15     Syncb/syncb,    C/o Po Box 965036,
                  Orlando, FL 32896-0001
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516531932        Comenity Bank/avenue
516531928*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 27, 2017
                              Form ID: pdf901          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          Walter D. Nealy    on behalf of Debtor Pauline  Tomlinson nealylaw@gmail.com,
           r43366@notify.bestcase.com
          William M.E. Powers    on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                          TOTAL: 6
```