UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Pauline Tomlinson

Case No.: 16-33113

Chapter: 13

Judge: JKS

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO:  Walter D. Nealy, Esq.

This will confirm that on 6/26/2017 the following document(s) was filed by you.

☒ Amendment to Schedule(s) I/J ,

☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 6/27/2017                                             Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-33113-JKS
Pauline Tomlinson　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Jun 27, 2017
　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2017.
db　　　　　　　+Pauline Tomlinson,　1060 Wilson Avenue,　Teaneck, NJ 07666-1812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
　　　　Denise E. Carlon　　on behalf of Creditor　　PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
　　　　 bkgroup@kmllawgroup.com
　　　　Marie-Ann Greenberg　　magecf@magtrustee.com
　　　　U.S. Trustee.　　USTPRegion03.NE.ECF@usdoj.gov
　　　　Walter D. Nealy　　on behalf of Debtor Pauline　Tomlinson nealylaw@gmail.com,
　　　　 r43366@notify.bestcase.com
　　　　William M.E. Powers　　on behalf of Creditor　　Bayview Loan Servicing, LLC ecf@powerskirn.com
　　　　William M.E. Powers, III　　on behalf of Creditor　　Bayview Loan Servicing, LLC ecf@powerskirn.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6