| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Walter D. Nealy, Esq.<br>Attorney at Law<br>100 S. Van Brunt Street, Suite 2C<br>Englewood, New Jersey  07631<br>Tel: (201) 227-0063<br>Fax: (201) 227-6118<br>Email: nealylaw@gmail.com<br><br>In Re:<br>Pauline Tomlinson | **Order Filed on November 1, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:    16-3313<br>Chapter:    13<br>Judge:    JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 1, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Walter D. Nealy, Esq._____, the applicant, is allowed a fee of $ _____1,000.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,000.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*