Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−33113−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pauline Tomlinson
   1060 Wilson Avenue
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−9395

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 4, 2017.

On 03/26/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:             May 13, 2021
Time:              08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 29, 2021
JAN: dlr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Pauline Tomlinson  
    Debtor

Case No. 16-33113-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 29, 2021      Form ID: 185      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pauline Tomlinson, 1060 Wilson Avenue, Teaneck, NJ 07666-1812 |
| cr | + | HAFNADIOR ENTERPRISES, c/o KILPATRICK TOWNSEND & STOCKTON LLP, 1114 AVENUE OF THE AMERICAS, 21ST FLOOR, NEW YORK, NY 10036-7709 |
| cr | + | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 516531926 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 516604589 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516674915 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516531927 | + | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 516531929 | + | Cap1/vlcty, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516531936 | + | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 516531937 | + | Frd Motor Cr, Po Box Box 542000, Omaha, NE 68154-8000 |
| 516531938 | + | Hafnadior Enterpries, 53-42 67 Street, Maspeth, NY 11378-1714 |
| 516531940 | #+ | KML LAW Group, PC, 216 Haddon Ave Suite 406, Westmnt, NJ 08108-2812 |
| 516538652 | | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 516531941 | + | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 516531948 | + | Terrence Mingo, 31 Eppert Street, East Orange, NJ 07018-2504 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 29 2021 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 29 2021 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516761216 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 29 2021 22:04:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 516531930 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2021 21:34:10 | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 516531931 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2021 21:34:14 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516531933 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 29 2021 22:04:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 519062031 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 29 2021 22:04:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 516531950 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 29 2021 21:21:35 | Webbank/dfs, 1 Dell Way, Round Rock, TX 78682 |
| 516531935 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2021 | Form ID: 185 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| 516716452 | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2021 21:29:41 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| | | Mar 29 2021 22:05:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516539114 | Email/Text: mrdiscen@discover.com | Mar 29 2021 22:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516531934 | + Email/Text: mrdiscen@discover.com | Mar 29 2021 22:03:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516531939 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2021 22:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516660440 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2021 21:30:00 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516694006 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2021 22:05:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516721220 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2021 22:04:00 | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 516531942 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2021 22:04:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 516770542 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2021 21:34:14 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 516770447 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2021 21:29:43 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516531944 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2021 21:34:09 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 516531943 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2021 21:34:13 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 516531945 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:28:40 | Syncb/bp, Po Box 965024, Orlando, FL 32896-5024 |
| 516531946 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:28:40 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 516531947 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:20:21 | Syncb/syncb, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516531949 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2021 21:34:10 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516531932 | | Comenity Bank/avenue |
| 516531928 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 519062032 | *+ | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 16-33113-JKS    Doc 54    Filed 03/31/21    Entered 04/01/21 00:21:16    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2021 | Form ID: 185 | Total Noticed: 40 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

Rebecca Ann Solarz
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

Stefanie Kennedy
on behalf of Creditor HAFNADIOR ENTERPRISES stefanie.f.kennedy@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Walter D. Nealy
on behalf of Debtor Pauline Tomlinson nealylaw@gmail.com
r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com

William M.E. Powers
on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

William M.E. Powers, III
on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

TOTAL: 9