Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−33113−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pauline Tomlinson
   1060 Wilson Avenue
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−9395

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/8/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 8, 2021
JAN: zlh

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 16-33113-JKS

Pauline Tomlinson                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                     Page 1 of 3
Date Rcvd: Jun 08, 2021              Form ID: 148                   Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pauline Tomlinson, 1060 Wilson Avenue, Teaneck, NJ 07666-1812 |
| cr | + | HAFNADIOR ENTERPRISES, c/o KILPATRICK TOWNSEND & STOCKTON LLP, 1114 AVENUE OF THE AMERICAS, 21ST FLOOR, NEW YORK, NY 10036-7709 |
| cr | + | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 516674915 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516531929 | + | Cap1/vlcty, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516531936 | + | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 516531938 | + | Hafnadior Enterpries, 53-42 67 Street, Maspeth, NY 11378-1714 |
| 516531940 | #+ | KML LAW Group, PC, 216 Haddon Ave Suite 406, Westmnt, NJ 08108-2812 |
| 516538652 | | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 516531941 | + | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 516531948 | + | Terrence Mingo, 31 Eppert Street, East Orange, NJ 07018-2504 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2021 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2021 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516531928 | | EDI: BANKAMER.COM | Jun 09 2021 00:18:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 516531926 | | EDI: BANKAMER.COM | Jun 09 2021 00:18:00 | Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 516604589 | | EDI: BANKAMER.COM | Jun 09 2021 00:18:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516531927 | + | EDI: LCIBAYLN | Jun 09 2021 00:18:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 516761216 | + | EDI: LCIBAYLN | Jun 09 2021 00:18:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 516531930 | + | EDI: CITICORP.COM | Jun 09 2021 00:18:00 | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 516531931 | + | EDI: CITICORP.COM | Jun 09 2021 00:18:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516531933 | + | EDI: WFNNB.COM | Jun 09 2021 00:28:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 519062031 | + | EDI: LCIBAYLN | Jun 09 2021 00:18:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 516531950 | | Email/PDF: DellBKNotifications@resurgent.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Jun 08 2021 21:06:13 | Webbank/dfs, 1 Dell Way, Round Rock, TX 78682 |
| 516531935 | | EDI: CITICORP.COM | Jun 09 2021 00:18:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 516716452 | | EDI: Q3G.COM | Jun 09 2021 00:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516539114 | | EDI: DISCOVER.COM | Jun 09 2021 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516531934 | + | EDI: DISCOVER.COM | Jun 09 2021 00:18:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516531937 | + | EDI: FORD.COM | Jun 09 2021 00:28:00 | Frd Motor Cr, Po Box Box 542000, Omaha, NE 68154-8000 |
| 516531939 | | EDI: IRS.COM | Jun 09 2021 00:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516660440 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 21:06:15 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516694006 | + | EDI: MID8.COM | Jun 09 2021 00:28:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516721220 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2021 21:07:00 | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 516531942 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2021 21:07:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 516770542 | | EDI: PRA.COM | Jun 09 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 516770447 | | EDI: PRA.COM | Jun 09 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516531944 | + | EDI: CITICORP.COM | Jun 09 2021 00:18:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 516531943 | + | EDI: CITICORP.COM | Jun 09 2021 00:18:00 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 516531945 | + | EDI: RMSC.COM | Jun 09 2021 00:18:00 | Syncb/bp, Po Box 965024, Orlando, FL 32896-5024 |
| 516531946 | + | EDI: RMSC.COM | Jun 09 2021 00:18:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 516531947 | + | EDI: RMSC.COM | Jun 09 2021 00:18:00 | Syncb/syncb, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516531949 | + | EDI: CITICORP.COM | Jun 09 2021 00:18:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516531932 | | Comenity Bank/avenue |
| 519062032 | *+ | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 16-33113-JKS    Doc 62    Filed 06/10/21    Entered 06/11/21 00:14:52    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: 148 | Total Noticed: 41 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021           Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| Stefanie Kennedy | on behalf of Creditor HAFNADIOR ENTERPRISES stefanie.f.kennedy@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter D. Nealy | on behalf of Debtor Pauline Tomlinson nealylaw@gmail.com r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com |
| William M.E. Powers | on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com |

TOTAL: 9