Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 11, 2022

**Chapter 13 Case # 16-33113**

Re:  PAULINE TOMLINSON
    1060  WILSON AVENUE
    TEANECK, NJ  07666

Atty:  WALTER D. NEALY P.C.
    100 SOUTH VAN BRUNT ST
    SUITE 2-C
    ENGLEWOOD, NJ  07631

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $76,780.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/20/2016 | $718.00 | 1495607951 | 01/26/2017 | $719.00 | 1495608150 |
| 03/06/2017 | $719.00 | 1495608369 | 03/24/2017 | $719.00 | 1495608485 |
| 05/04/2017 | $719.00 | 1495608730 | 05/31/2017 | $719.00 | 1495608886 |
| 06/27/2017 | $719.00 | 1495609070 | 07/31/2017 | $1,400.00 | 1495609238 |
| 09/07/2017 | $1,400.00 | 1495609526 | 10/04/2017 | $1,400.00 | 1495609700 |
| 11/01/2017 | $1,400.00 | 1495609884 | 12/01/2017 | $1,400.00 | 1495610062 |
| 01/10/2018 | $1,400.00 | 1495610374 | 02/16/2018 | $1,400.00 | 1495610539 |
| 03/06/2018 | $1,400.00 | 1495610670 | 04/05/2018 | $1,400.00 | 1495610881 |
| 05/10/2018 | $1,400.00 | 1495611058 | 06/12/2018 | $1,300.00 | 1495611301 |
| 07/09/2018 | $1,400.00 | 1495611520 | 08/10/2018 | $1,300.00 | 1495611669 |
| 09/12/2018 | $1,400.00 | 1495611982 | 11/14/2018 | $1,400.00 | 1495612341 |
| 12/14/2018 | $1,400.00 | 1495612504 | 01/15/2019 | $1,400.00 | 1495612698 |
| 02/12/2019 | $1,400.00 | 1495612876 | 03/25/2019 | $1,400.00 | 1495613063 |
| 03/29/2019 | $1,400.00 | 1495613138 | 04/30/2019 | $1,400.00 | 1495613292 |
| 05/13/2019 | $1,400.00 | 1495613379 | 06/11/2019 | $1,400.00 | 1495613552 |
| 07/16/2019 | $1,400.00 | 1495613715 | 08/13/2019 | $1,400.00 | 1495613883 |
| 09/12/2019 | $1,400.00 | 1495614060 | 10/15/2019 | $1,400.00 | 1495614185 |
| 11/13/2019 | $1,400.00 | 1495614276 | 12/16/2019 | $1,400.00 | 1495614458 |
| 01/10/2020 | $1,400.00 | 1495614562 | 02/19/2020 | $1,400.00 | 1495614742 |
| 03/04/2020 | $1,400.00 | 1495614835 | 04/14/2020 | $1,400.00 | 1466609535 |
| 05/26/2020 | $1,400.00 | 1466609677 | 06/11/2020 | $1,400.00 | 1466609790 |
| 07/23/2020 | $1,400.00 | 1466917481 | 08/25/2020 | $1,400.00 | 1466917660 |
| 09/30/2020 | $1,400.00 | 1466917924 | 10/14/2020 | $1,400.00 | 1495614947 |
| 12/16/2020 | $1,400.00 | 1498506630 | 01/20/2021 | $1,400.00 | 1495615304 |
| 03/01/2021 | $1,400.00 | 1495615430 | 03/17/2021 | $1,400.00 | 1495615553 |
| 04/02/2021 | $1,400.00 | 1466611002 | 05/11/2021 | $1,400.00 | 1495615813 |
| 09/28/2021 | $2,448.00 | 1633113-1107 | 09/28/2021 | $1,345.00 | 1633113-1106 |
| 10/13/2021 | $1,400.00 | 1495616622 | 11/18/2021 | $1,400.00 | 1495616815 |
| 12/16/2021 | $1,400.00 | 1495616953 | 01/27/2022 | $1,400.00 | 1495617131 |

**Chapter 13 Case # 16-33113**

| Total Receipts: $77,225.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $77,225.00 |
|---|

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,443.06 | |
| ATTY | ATTORNEY | ADMIN | 3,000.00 | 100.00% | 3,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA NA | UNSECURED | 24,828.98 | * | 1,829.34 | |
| 0002 | COMMUNITY LOAN SERVICING LLC | MORTGAGE ARRE | 3,117.30 | 100.00% | 3,117.30 | |
| 0003 | BANK OF AMERICA | UNSECURED | 7,457.36 | * | 549.47 | |
| 0004 | CAP1/VLCTY | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | LVNV FUNDING LLC | UNSECURED | 956.97 | * | 66.98 | |
| 0007 | LVNV FUNDING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | COMENITY BANK/AVENUE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | DISCOVER BANK | UNSECURED | 6,309.09 | * | 464.86 | |
| 0010 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 3,345.63 | * | 246.50 | |
| 0011 | FIRST DATA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | FRD MOTOR CR | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | HAFNADIOR ENTERPRISES | UNSECURED | 310,500.26 | * | 19,803.51 | |
| 0014 | UNITED STATES TREASURY/IRS | PRIORITY | 5,000.37 | 100.00% | 5,000.37 | |
| 0016 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0017 | PNC MORTGAGE | MORTGAGE ARRE | 33,795.40 | 100.00% | 33,795.40 | |
| 0018 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 217.97 | * | 11.49 | |
| 0020 | SYNCB/BP | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 2,195.62 | * | 161.78 | |
| 0022 | SYNCB/SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | TERRENCE MINGO | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,389.06 | * | 323.38 | |
| 0026 | WEBBANK/DFS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | BAYVIEW FINANCIAL LOAN | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | HAFNADIOR ENTERPRIES | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SEARS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SYNCB/BP | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | SYNCB/JCP | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | UNITED STATES TREASURY/IRS | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $72,813.44**

See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 03/16/2020 | $18.02 | 844914 | | 04/20/2020 | $27.47 | 846862 |
| | 05/18/2020 | $26.08 | 848779 | | 06/15/2020 | $26.08 | 850460 |
| | 07/20/2020 | $26.85 | 852248 | | 08/17/2020 | $26.78 | 854122 |
| | 09/21/2020 | $26.81 | 855929 | | 10/19/2020 | $26.80 | 857817 |
| | 11/16/2020 | $26.81 | 859609 | | 01/11/2021 | $26.81 | 863225 |
| | 02/22/2021 | $26.77 | 864890 | | 04/19/2021 | $80.49 | 868422 |
| | 07/19/2021 | $27.25 | 873935 | | 10/18/2021 | $73.82 | 879122 |
| | 11/17/2021 | $27.54 | 880833 | | 12/13/2021 | $27.52 | 882469 |
| | 01/10/2022 | $27.57 | 884125 | | | | |

**Chapter 13 Case # 16-33113**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | | |
| | 03/16/2020 | $59.98 | 844349 | | 04/20/2020 | $91.47 | 846295 |
| | 05/18/2020 | $86.86 | 848266 | | 06/15/2020 | $86.84 | 849954 |
| | 07/20/2020 | $89.25 | 851701 | | 08/17/2020 | $89.26 | 853589 |
| | 09/21/2020 | $89.25 | 855356 | | 10/19/2020 | $89.26 | 857274 |
| | 11/16/2020 | $89.26 | 859076 | | 01/11/2021 | $89.26 | 862748 |
| | 02/22/2021 | $89.25 | 864267 | | 04/19/2021 | $267.90 | 867811 |
| | 07/19/2021 | $90.71 | 873393 | | 10/18/2021 | $245.77 | 878600 |
| | 11/17/2021 | $91.68 | 880309 | | 12/13/2021 | $91.67 | 881966 |
| | 01/10/2022 | $91.67 | 883606 | | | | |
| BAYVIEW LOAN SERVICING | | | | | | | |
| | 10/16/2017 | $458.10 | 789082 | | 11/20/2017 | $138.06 | 790733 |
| | 12/18/2017 | $111.26 | 792688 | | 02/20/2018 | $111.26 | 796439 |
| | 03/19/2018 | $111.25 | 798252 | | 04/16/2018 | $111.26 | 800128 |
| | 05/14/2018 | $111.85 | 802035 | | 06/18/2018 | $203.17 | 803942 |
| | 07/16/2018 | $98.74 | 805923 | | 08/20/2018 | $106.33 | 807827 |
| | 09/17/2018 | $101.24 | 809803 | | 10/22/2018 | $109.03 | 811726 |
| | 12/17/2018 | $105.99 | 815579 | | 01/14/2019 | $106.00 | 817497 |
| | 02/11/2019 | $105.99 | 819391 | | 03/18/2019 | $106.00 | 821357 |
| | 04/15/2019 | $211.99 | 823390 | | 05/20/2019 | $105.99 | 825365 |
| | 06/17/2019 | $107.91 | 827398 | | 07/15/2019 | $107.91 | 829247 |
| | 08/19/2019 | $107.90 | 831200 | | 09/16/2019 | $107.91 | 833231 |
| | 10/21/2019 | $110.71 | 835236 | | 11/18/2019 | $61.45 | 837326 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 03/16/2020 | $8.08 | 845063 | | 04/20/2020 | $12.33 | 847012 |
| | 05/18/2020 | $11.70 | 848901 | | 06/15/2020 | $11.70 | 850586 |
| | 07/20/2020 | $12.05 | 852389 | | 08/17/2020 | $11.99 | 854254 |
| | 09/21/2020 | $12.06 | 856072 | | 10/19/2020 | $12.01 | 857950 |
| | 11/16/2020 | $12.03 | 859744 | | 01/11/2021 | $12.03 | 863345 |
| | 02/22/2021 | $12.01 | 865043 | | 04/19/2021 | $36.11 | 868575 |
| | 04/19/2021 | ($36.11) | 868575 | | 04/19/2021 | $36.11 | 869689 |
| | 07/19/2021 | $12.22 | 874075 | | 10/18/2021 | $33.12 | 879271 |
| | 11/17/2021 | $12.35 | 880981 | | 12/13/2021 | $12.36 | 882612 |
| | 01/10/2022 | $12.35 | 884266 | | | | |
| DISCOVER BANK | | | | | | | |
| | 03/16/2020 | $15.24 | 845075 | | 04/20/2020 | $23.24 | 847018 |
| | 05/18/2020 | $22.07 | 848908 | | 06/15/2020 | $22.07 | 850594 |
| | 07/20/2020 | $22.68 | 852397 | | 08/17/2020 | $22.68 | 854261 |
| | 09/21/2020 | $22.68 | 856078 | | 10/19/2020 | $22.68 | 857956 |
| | 11/16/2020 | $22.68 | 859752 | | 01/11/2021 | $22.68 | 863353 |
| | 02/22/2021 | $22.69 | 865048 | | 04/19/2021 | $68.06 | 868582 |
| | 07/19/2021 | $23.05 | 874082 | | 10/18/2021 | $62.45 | 879277 |
| | 11/17/2021 | $23.30 | 880988 | | 12/13/2021 | $23.29 | 882619 |
| | 01/10/2022 | $23.32 | 884271 | | | | |
| HAFNADIOR ENTERPRISES | | | | | | | |
| | 03/16/2020 | $750.10 | 845191 | | 04/20/2020 | $1,143.94 | 847130 |
| | 05/18/2020 | $1,086.04 | 849007 | | 06/15/2020 | $1,086.02 | 850696 |
| | 07/20/2020 | $1,116.15 | 852507 | | 08/17/2020 | $1,116.28 | 854368 |
| | 09/21/2020 | $1,116.15 | 856193 | | 10/19/2020 | $1,116.25 | 858068 |
| | 11/16/2020 | $1,116.21 | 859864 | | 01/11/2021 | $1,116.19 | 863457 |
| | 02/22/2021 | $1,116.23 | 865172 | | 03/15/2021 | $5.55 | 866996 |
| | 04/19/2021 | $3,344.57 | 868712 | | 07/19/2021 | $1,134.43 | 874193 |
| | 10/18/2021 | $3,073.45 | 879386 | | 11/17/2021 | $1,146.49 | 881101 |
| | 12/13/2021 | $1,146.50 | 882723 | | 01/10/2022 | $1,146.41 | 884375 |
| | 02/02/2022 | ($3,073.45) | 879386 | | | | |

**Chapter 13 Case # 16-33113**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **LVNV FUNDING LLC** | | | | | | | |
| | 04/20/2020 | $5.85 | 847233 | | 06/15/2020 | $6.69 | 850783 |
| | 08/17/2020 | $6.87 | 854459 | | 10/19/2020 | $6.88 | 858158 |
| | 01/11/2021 | $6.88 | 863538 | | 04/19/2021 | $13.77 | 868810 |
| | 04/19/2021 | ($13.77) | 868810 | | 04/19/2021 | $13.77 | 869686 |
| | 07/19/2021 | $3.50 | 874279 | | 10/18/2021 | $9.47 | 879469 |
| | 12/13/2021 | $7.07 | 882807 | | | | |
| **MIDLAND CREDIT MANAGEMENT, INC.** | | | | | | | |
| | 04/19/2021 | $22.28 | 868857 | | 07/19/2021 | $8.02 | 874320 |
| | 10/18/2021 | $21.74 | 879510 | | 11/17/2021 | $8.11 | 881221 |
| | 12/13/2021 | $8.09 | 882840 | | 01/10/2022 | $8.13 | 884488 |
| **MIDLAND FUNDING LLC** | | | | | | | |
| | 03/16/2020 | $5.39 | 844311 | | 04/20/2020 | $8.24 | 846258 |
| | 05/18/2020 | $7.80 | 848232 | | 06/15/2020 | $7.81 | 849921 |
| | 07/20/2020 | $8.03 | 851666 | | 08/17/2020 | $8.01 | 853557 |
| | 09/21/2020 | $8.05 | 855326 | | 10/19/2020 | $8.00 | 857243 |
| | 11/16/2020 | $8.03 | 859053 | | 01/11/2021 | $8.03 | 862722 |
| | 02/22/2021 | $8.02 | 864238 | | | | |
| **PNC MORTGAGE** | | | | | | | |
| | 10/16/2017 | $4,966.42 | 789569 | | 11/20/2017 | $1,496.74 | 791340 |
| | 12/18/2017 | $1,206.14 | 793247 | | 02/20/2018 | $1,206.14 | 796984 |
| | 03/19/2018 | $1,206.15 | 798818 | | 04/16/2018 | $1,206.14 | 800676 |
| | 05/14/2018 | $1,212.55 | 802596 | | 06/04/2018 | ($1,206.14) | 796984 |
| | 06/18/2018 | $2,327.37 | 804525 | | 07/16/2018 | $1,131.06 | 806478 |
| | 08/20/2018 | $1,218.07 | 808422 | | 09/17/2018 | $1,159.76 | 810366 |
| | 10/22/2018 | $1,248.97 | 812310 | | 12/17/2018 | $1,214.21 | 816127 |
| | 01/14/2019 | $1,214.20 | 818060 | | 02/11/2019 | $1,214.21 | 819963 |
| | 03/18/2019 | $1,214.20 | 821939 | | 04/15/2019 | $2,428.41 | 823964 |
| | 05/20/2019 | $1,214.21 | 825977 | | 06/17/2019 | $1,236.09 | 827940 |
| | 07/15/2019 | $1,236.09 | 829801 | | 08/19/2019 | $1,236.10 | 831815 |
| | 09/16/2019 | $1,236.09 | 833810 | | 10/21/2019 | $1,268.29 | 835857 |
| | 11/18/2019 | $703.93 | 837917 | | | | |
| **PRA RECEIVABLES MANAGEMENT LLC** | | | | | | | |
| | 03/16/2020 | $10.60 | 8001443 | | 04/20/2020 | $16.17 | 8001482 |
| | 05/18/2020 | $15.36 | 8001532 | | 06/15/2020 | $15.35 | 8001591 |
| | 07/20/2020 | $15.78 | 8001651 | | 08/17/2020 | $15.78 | 8001715 |
| | 09/21/2020 | $15.78 | 8001772 | | 09/21/2020 | $5.20 | 8001772 |
| | 10/19/2020 | $15.76 | 8001836 | | 11/16/2020 | $15.78 | 8001892 |
| | 01/11/2021 | $15.78 | 8002011 | | 02/22/2021 | $15.78 | 8002065 |
| | 04/19/2021 | $47.35 | 8002171 | | 04/19/2021 | $5.49 | 8002171 |
| | 07/19/2021 | $0.80 | 8002330 | | 07/19/2021 | $16.04 | 8002330 |
| | 10/18/2021 | $43.45 | 8002481 | | 11/17/2021 | $16.21 | 8002529 |
| | 12/13/2021 | $16.20 | 8002581 | | 01/10/2022 | $16.21 | 8002633 |
| **UNITED STATES TREASURY/IRS** | | | | | | | |
| | 11/18/2019 | $561.82 | 8001323 | | 12/16/2019 | $1,327.20 | 8001362 |
| | 01/13/2020 | $1,327.20 | 8001404 | | 02/10/2020 | $1,327.20 | 8001441 |
| | 03/16/2020 | $456.95 | 8001481 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: February 11, 2022.

Receipts: $77,225.00    -    Paid to Claims: $65,370.38    -    Admin Costs Paid: $7,443.06    =    Funds on Hand: $4,411.56

Base Plan Amount: $76,780.00    -    Receipts:  $77,225.00    =    Total Unpaid Balance: **($445.00)

**Chapter 13 Case # 16-33113**

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.