UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WALTER D. NEALY, PC
ATTORNEY AT LAW
100 South Van Brunt Street, Suite 2C
Englewood, New Jersey 07631
Tel: 201-227-0063
Fax: 201-227-6118
Email: nealylaw@gmail.com

Order Filed on February 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Pauline Tomlinson

Case No.: 16-33113-JKS

Chapter: 13

Judge: Sherwood

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 25, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Walter D. Nealy_____, the applicant, is allowed a fee of $ _____700.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____700.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-33113-JKS |
| Pauline Tomlinson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 28, 2022 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pauline Tomlinson, 1060 Wilson Avenue, Teaneck, NJ 07666-1812 |
| aty | + | Sam Mallin, 219 Terrace Drive, Chatham, NJ 07928-5006 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2022                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| Stefanie Kennedy | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2022 | Form ID: pdf903 | Total Noticed: 2 |

    on behalf of Creditor HAFNADIOR ENTERPRISES stefanie.f.kennedy@gmail.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

Walter D. Nealy

    on behalf of Debtor Pauline Tomlinson nealylaw@gmail.com
    r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com

William M.E. Powers

    on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

William M.E. Powers, III

    on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

TOTAL: 10