| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Pauline Tomlinson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9395<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–33113–JKS | | |

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Pauline Tomlinson

<u>8/5/22</u>                                                **By the court:** <u>John K. Sherwood</u>
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Pauline Tomlinson  
    Debtor

Case No. 16-33113-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Aug 05, 2022     Form ID: 3180W     Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pauline Tomlinson, 1060 Wilson Avenue, Teaneck, NJ 07666-1812 |
| aty | + | Sam Mallin, 219 Terrace Drive, Chatham, NJ 07928-5006 |
| cr | + | HAFNADIOR ENTERPRISES, c/o KILPATRICK TOWNSEND & STOCKTON LLP, 1114 AVENUE OF THE AMERICAS, 21ST FLOOR, NEW YORK, NY 10036-7709 |
| 516531929 | + | Cap1/vlcty, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516531936 | + | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 516531938 | + | Hafnadior Enterprises, 53-42 67 Street, Maspeth, NY 11378-1714 |
| 519641930 | + | Hafnadior Enterprises, 53-42 67 Street, Maspeth, NY 11378-1714 |
| 516531948 | + | Terrence Mingo, 31 Eppert Street, East Orange, NJ 07018-2504 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 05 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 05 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 05 2022 20:33:00 | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 516604589 | | EDI: BANKAMER.COM | Aug 06 2022 00:28:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516674915 | + | EDI: BANKAMER2.COM | Aug 06 2022 00:28:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516531926 | + | EDI: BANKAMER.COM | Aug 06 2022 00:28:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 516531927 | + | EDI: LCIBAYLN | Aug 06 2022 00:28:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 516761216 | + | EDI: LCIBAYLN | Aug 06 2022 00:28:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 516531928 | + | EDI: BANKAMER.COM | Aug 06 2022 00:28:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 516531930 | + | EDI: CITICORP.COM | Aug 06 2022 00:28:00 | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 516531931 | + | EDI: CITICORP.COM | Aug 06 2022 00:28:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516531933 | + | EDI: WFNNB.COM | Aug 06 2022 00:28:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | | Page 2 of 3 |
| Date Rcvd: Aug 05, 2022 | Form ID: 3180W | | Total Noticed: 42 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519062031 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2022 20:33:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 516531950 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 05 2022 20:31:44 | Webbank/dfs, 1 Dell Way, Round Rock, TX 78682 |
| 516531935 | + | EDI: CITICORP.COM | Aug 06 2022 00:28:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 516716452 | | EDI: Q3G.COM | Aug 06 2022 00:28:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516539114 | | EDI: DISCOVER.COM | Aug 06 2022 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516531934 | + | EDI: DISCOVER.COM | Aug 06 2022 00:28:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516531937 | + | Email/Text: EBNBKNOT@ford.com | Aug 05 2022 20:34:00 | Frd Motor Cr, Po Box Box 542000, Omaha, NE 68154-8000 |
| 516531939 | | EDI: IRS.COM | Aug 06 2022 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516660440 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 20:31:32 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516694006 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 05 2022 20:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516538652 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 05 2022 20:33:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 516531941 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 05 2022 20:33:00 | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 516721220 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2022 20:32:00 | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 516531942 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2022 20:32:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 516770542 | | EDI: PRA.COM | Aug 06 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 516770447 | | EDI: PRA.COM | Aug 06 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516531944 | + | EDI: CITICORP.COM | Aug 06 2022 00:28:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 516531943 | + | EDI: CITICORP.COM | Aug 06 2022 00:28:00 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 516531945 | + | EDI: RMSC.COM | Aug 06 2022 00:28:00 | Syncb/bp, Po Box 965024, Orlando, FL 32896-5024 |
| 516531946 | + | EDI: RMSC.COM | Aug 06 2022 00:28:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 516531947 | + | EDI: RMSC.COM | Aug 06 2022 00:28:00 | Syncb/syncb, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516531949 | + | EDI: CITICORP.COM | Aug 06 2022 00:28:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516531932 | | Comenity Bank/avenue |
| 519062032 | *+ | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 516531940 | ##+ | KML LAW Group, PC, 216 Haddon Ave Suite 406, Westmnt, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2022       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| Stefanie Kennedy | on behalf of Creditor HAFNADIOR ENTERPRISES stefanie.f.kennedy@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter D. Nealy | on behalf of Debtor Pauline Tomlinson nealylaw@gmail.com r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com;wdnlawcatina@gmail.com |
| William M.E. Powers | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |

TOTAL: 10