

Walter Nealy <nealylaw@gmail.com>

## U.S. Bankruptcy Court, District of New Jersey - Returned Mail Notice, In re: Pauline Tomlinson, Case Number: 16-33113, JKS, Ref: [p-181842919]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>    Mon, Aug 15, 2022 at 4:02 PM
To: nealylaw@gmail.com

Notice of Returned Mail to Debtor/Debtor's Attorney

August 15, 2022

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Pauline Tomlinson, Case Number 16-33113, JKS

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

First Data
265 Broad Hollow R
Melville, NY 11747-4833

THE UPDATED ADDRESS IS:

Data First
1307 Walt Whitman Road
Melville, NY 11747

_____    Date: August 17, 2022
Signature of Debtor or Debtor's Attorney

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.