| | |
|---|---|
| **WALTER D. NEALY, PC**<br>**ATTORNEY AT LAW**<br>100 South Van Brunt Street, Suite 2C<br>Englewood, New Jersey 07631<br>Phone: (201) 227-0063<br>Fax: (201) 227-6118<br>Email: nealylaw@gmail.com<br>Attorney for Debtor | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 16-33113-JKS<br><br>Chapter 13<br><br>Hearing Date: 2/8/2024<br><br>Time: 10:00 am<br><br>Judge: Sherwood |
| In Re:<br><br>**PAULINE TOMLINSON**<br><br>      **Debtor** | **STATEMENT AS TO WHY NO BRIEF IS NECESSARY** |

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this Motion, as it does not involve complex issues of the law.

Dated: January 23, 2024             /s/ Walter D. Nealy
                       Walter D. Nealy, Esq.

1