| | |
|---|---|
| **WALTER D. NEALY, PC**<br>**ATTORNEY AT LAW**<br>100 South Van Brunt Street, Suite 2C<br>Englewood, New Jersey 07631<br>Phone: (201) 227-0063<br>Fax: (201) 227-6118<br>Email: nealylaw@gmail.com<br>**Attorney for Debtor** | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 16-33113-JKS<br><br>Chapter 13<br><br>Hearing Date: 2/8/2024<br><br>Time: 10:00 am<br><br>Judge: Sherwood |
| In Re:<br><br>**PAULINE TOMLINSON**<br><br>            **Debtor** | **ORDER REOPENING CASE** |

Order Filed on April 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

ORDER REOPENING CASE

Recommended Local Form:    X   Modified

The relief set forth on the following page is **ORDERED.**

**DATED: April 8, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

1

Upon the motion of Walter D. Nealy, on behalf of the debtor, Pauline Tomlinson, and for good cause shown, it is **ORDERED** as follows:

1. This case is reopened.

2. A Trustee shall not be granted.

3. An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order.  If the amendment is not filed, the case shall be reclosed without further order of the Court.

4. Debtor may proceed with her Motion to Discharge and Cancel Mortgage for 1060 Wilson Avenue, Teaneck, New Jersey 07666 held by Hafandior Enterprises.