| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WALTER D. NEALY, PC<br>ATTORNEY AT LAW<br>100 South Van Brunt Street, Suite 2C<br>Englewood, New Jersey 07631<br>Tel: 201-227-0063<br>Fax: 201-227-6118<br>Email: nealylaw@gmail.com |
| In Re:<br><br>Pauline Tomlinson |

Order Filed on April 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No: | 16-33113-JKS |
| Chapter: | 13 |
| Hearing Date: | 2/8/2024 |
| Judge: | Sherwood |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 8, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1060 Wilson Avenue, Teaneck, New Jersey 07666

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Hanfandior Enterprises
b. Current Assignee: _____
c. Current Servicer: _____
d. Date of Mortgage/Lien: May 5, 2006
e. Date of Recordation: September 14, 2006
f. Place of Recordation: Bergen County Clerk
   i. Mortgage Book: 16258
   ii. Page: 378
g. Original Principal Balance of Mortgage/Lien: $ 200,000

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*