| | |
|---|---|
| WALTER D. NEALY, PC<br>ATTORNEY AT LAW<br>100 South Van Brunt Street, Suite 2C<br>Englewood, New Jersey 07631<br>Phone: (201) 227-0063<br>Fax: (201) 227-6118<br>Email: nealylaw@gmail.com<br>Attorney for Debtor | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 16-33113-JKS<br><br>Chapter 13<br><br>Hearing Date: 2/8/2024<br><br>Time: 10:00 am<br><br>Judge: Sherwood<br><br>Order Filed on April 8, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PAULINE TOMLINSON<br><br>Debtor | **ORDER REOPENING CASE** |

# ORDER REOPENING CASE

Recommended Local Form:    X  Modified

The relief set forth on the following page is **ORDERED.**

DATED: April 8, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

1

Upon the motion of Walter D. Nealy, on behalf of the debtor, Pauline Tomlinson, and for good cause shown, it is **ORDERED** as follows:

1. This case is reopened.

2. A Trustee shall not be granted.

3. An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order.  If the amendment is not filed, the case shall be reclosed without further order of the Court.

4. Debtor may proceed with her Motion to Discharge and Cancel Mortgage for 1060 Wilson Avenue, Teaneck, New Jersey 07666 held by Hafandior Enterprises.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-33113-JKS

Pauline Tomlinson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: Apr 08, 2024      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pauline Tomlinson, 1060 Wilson Avenue, Teaneck, NJ 07666-1812 |
| aty | + | Sam Mallin, 219 Terrace Drive, Chatham, NJ 07928-5006 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
     on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
     on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Rebecca Ann Solarz
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

Stefanie Kennedy
     on behalf of Creditor HAFNADIOR ENTERPRISES stefanie.f.kennedy@gmail.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 08, 2024 | Form ID: pdf903 | Total Noticed: 2

| | |
|---|---|
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter D. Nealy | on behalf of Debtor Pauline Tomlinson nealylaw@gmail.com r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com;wdnlawcatina@gmail.com |
| William M.E. Powers | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |

TOTAL: 10