| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WALTER D. NEALY, PC<br>ATTORNEY AT LAW<br>100 South Van Brunt Street, Suite 2C<br>Englewood, New Jersey 07631<br>Tel: 201-227-0063<br>Fax: 201-227-6118<br>Email: nealylaw@gmail.com |
| In Re:<br><br>Pauline Tomlinson |

**Order Filed on April 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 16-33113-JKS

Chapter: 13

Hearing Date: 2/8/2024

Judge: Sherwood

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 8, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1060 Wilson Avenue, Teaneck, New Jersey 07666

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Hanfandior Enterprises
    b. Current Assignee: _____
    c. Current Servicer: _____
    d. Date of Mortgage/Lien: May 5, 2006
    e. Date of Recordation: September 14, 2006
    f. Place of Recordation: Bergen County Clerk
        i. Mortgage Book: 16258
        ii. Page: 378
    g. Original Principal Balance of Mortgage/Lien: $ 200,000

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 16-33113-JKS
Pauline Tomlinson     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Apr 08, 2024     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pauline Tomlinson, 1060 Wilson Avenue, Teaneck, NJ 07666-1812 |
| aty | + | Sam Mallin, 219 Terrace Drive, Chatham, NJ 07928-5006 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| Stefanie Kennedy | on behalf of Creditor HAFNADIOR ENTERPRISES stefanie.f.kennedy@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 08, 2024 | Form ID: pdf903 | Total Noticed: 2 |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Walter D. Nealy
    on behalf of Debtor Pauline Tomlinson nealylaw@gmail.com
    r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com;wdnlawcatina@gmail.com

William M.E. Powers
    on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

TOTAL: 10