| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WALTER D. NEALY, PC<br>ATTORNEY AT LAW<br>100 South Van Brunt Street, Suite 2C<br>Englewood, New Jersey 07631<br>Tel: 201-227-0063<br>Fax: 201-227-6118<br>Email: nealylaw@gmail.com | |

Order Filed on May 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Pauline Tomlinson<br>Incorrectly stated as Paulette Tomlinson | Case No: 16-33113-JKS<br>Chapter: 13<br>Hearing Date: 2/8/2024<br>Judge: Sherwood |

*Modified*

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 16, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1060 Wilson Avenue, Teaneck, New Jersey 07666

*Incorrectly as 1060 Wilson Street, Teaneck, NJ 07666*

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Hafnadior Enterprises
    b. Current Assignee: _____
    c. Current Servicer: _____
    d. Date of Mortgage/Lien: May 5, 2006
    e. Date of Recordation: September 14, 2006
    f. Place of Recordation: Bergen County Clerk
        i. Mortgage Book: 16258
        ii. Page: 378
    g. Original Principal Balance of Mortgage/Lien: $ 200,000

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

---

[1] In the original Order on Motion to Cancel and Discharge [ECF No. 101], the location of the Real Property was incorrectly listed as 1060 Wilson Street, Teaneck, NJ 07666.

*rev. 12/1/17*